AMENDED MATRIX ***2010-44610***

FILED
November 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003081215

Household Mortgage Service
Attn: Bankruptcy Department
PO Box 9068
Brandon, FL  33509-9068