FILED
January 05, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003190726

Holly S. Burgess (SBN # 104757)
Law Offices of Holly S. Burgess
680 Auburn Folsom Rd., Suite 109
Auburn, CA 95603
Telephone: (530) 889-8900
Facsimile: (530 889-8988

Attorney for Debtor,
JAMES L. MACKLIN

# UNITED STATES BANKRUTPCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>JAMES L. MACKLIN,<br><br>        Debtor,<br>_____<br><br>DOUG GRAY CONSTRUCTION & DRYWALL INC. dba GRAY CONSTRUCTION,<br><br>        Movant,<br>v.<br><br>JAMES L. MACKLIN,<br><br>        Respondent. | Case No.: 2010-44610<br>Chapter 7<br><br>DCN:HSB-03<br><br>NOTICE OF DEBTOR'S NON-OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY OF PROCEEDINGS<br><br>Date:        February 3, 2011<br>Time:       9:30 a.m.<br>Department:  E<br>Courtroom:   33<br>Judge:      Ronald H. Sargis |

    NOTICE is hereby given to the court and all interested parties that Debtor, JAMES L. MACKLIN, has no opposition to Movant DOUG GRAY CONSTRUCTION & DRYWALL, INC. dba GRAY CONSTRUCTION's Motion For Relief From Automatic Stay of Proceedings.

    Dated: January 5, 2011        LAW OFFICES OF HOLLY S. BURGESS

                                    By: ____/s/ Holly S. Burgess_____/
                                           HOLLY S. BURGESS
                                           Attorney for Debtor

NOTICE OF DEBTOR'S NON-OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY OF PROCEEDINGS