**FILED**
May 12, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003488617

**3**

Holly S. Burgess (State Bar No. 104575)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn-Folsom Road, Suite 109
Auburn, CA  95603
(530) 889-8900-Telephone
(530) 392-4641-Direct Dial
(530) 820-1526-Facsimile
hollyburgess@lohsb.com

Attorneys for Plaintiff/Debtor
JAMES L. MACKLIN

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | )   **CASE NO.  2010-44610** |
| | ) |
|       JAMES L. MACKLIN, | )   **DCN:  HSB-002** |
| | ) |
|       Debtor, | ) |
| | ) |
| _____ | ) |
| | ) |
| JAMES L. MACKLIN, | )   **ADV. NO. 11-02024-E** |
| | ) |
|       Plaintiff, | ) |
| -vs.- | ) |
| | )   **Date:  June 9, 2011** |
| DEUTSCHE BANK NATIONAL TRUST CO., | )   **Time:  1:30 p.m.** |
| AS INDENTURE TRUSTEE FOR THE | )   **Place:  501 I Street, 6th Floor, Courtroom 33** |
| ACCREDITED MORTGAGE LOAN TRUST | )            **Sacramento, California** |
| 2006-2 ASSET-BACKED NOTES; and all | ) |
| persons claiming by, through, or under such | ) |
| person, all persons unknown, claiming any legal | ) |
| or equitable right, title, estate, lien, or interest in | ) |
| the property described in the complaint adverse | ) |
| to Debtor's title thereto; and | ) |
| CORRESPONDENT DOES 1-10, Inclusive, | ) |
| | ) |
|       Defendant. | ) |

**MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON PROPERTY OF THE ESTATE**

**TO THE HONORABLE RONALD H. SARGIS, CHAPTER 7 TRUSTEE THOMAS A.**

**ACEITUNO, AND ALL OTHER INTERESTED PARTIES:**

      Plaintiff/Debtor, James L. Macklin, hereby moves this court for an order granting a motion

-1-

1    to compel the Chapter 7 Trustee to abandon property of the estate on the following grounds:

2           1.   Plaintiff/Debtor is an individual, and Debtor of the within captioned bankruptcy

3    case, having converted to a voluntary petition for relief under Chapter 7 of the Bankruptcy

4    Code on October 5, 2010 ("the Bankruptcy Case").

5           2.   Plaintiff/Debtor is the owner of the property at 10040 Wise Road, Auburn,

6    California, 95603 ("the Subject Property").

7           3.   On Schedule B of Debtor's Bankruptcy Petition, Debtor listed his lawsuit against

8    Defendants.   Plaintiff/Debtor filed his Adversary Complaint against Defendants on January 13,

9    2011 to quiet title and for damages on the Subject Property.

10          4.   Counsel for Plaintiff/Debtor, Holly S. Burgess, contacted the Trustee to determine his

11   intentions with respect to the abandonment of the subject property and Plaintiff/Debtor's

12   adversary complaint.  Mr. Aceituno has stated that he will abandon the subject property and will

13   file his non-opposition to this motion.  See, declaration of Holly Burgess, filed concurrently with

14   the motion.

15          5.   Pursuant to 11 U.S.C. §554 and Bankruptcy Rule 6007, after notice and hearing, the

16   court may order the Trustee to abandon property of the Estate that is burdensome to the Estate or

17   of inconsequential value and benefit to the Estate. 11 U.S.C. § 554(b).  Here, the property is

18   impaired by the Defendant's trustee's deed upon sale possessed by Deutsche.  The alleged secured

19   interest of Deutsche was $659,000.00.  See, Debtor's Schedule A.  Plaintiff/Debtor estimates the

20   property is worth $300,000 in today's market.  See, declaration of Holly Burgess, filed

21   concurrently herewith. There is no equity in the property.  Property in which the Estate has no

22   equity is of inconsequential value and benefit. *Cf. Vu v. Kendall (In re Vu)*, 245 B.R. 644 (B.A.P.

23   9th Cir. 2000).

24          6.   Since the debt secured by the property exceeds the value of the property, and the

25   potential negative financial consequences of the Estate retaining the assets, the court should

26   ///

27   ///

28   ///

-2-

**PLAINTIFF/DEBTOR'S MOTION FOR AN ORDER COMPELLING TRUSTEE TO ABANDON PROPERTY**

1    determines that the asset is of inconsequential value and benefit to the Estate, and order the

2    Trustee to abandon the property.

3

4    Dated:  May 9, 2011                        LAW OFFICES OF HOLLY S. BURGESS

5                                            By:      /s/ Holly S. Burgess                                    .

6                                                     HOLLY S. BURGESS
                                                     Attorneys for Plaintiff/Debtor
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF/DEBTOR'S MOTION FOR AN ORDER COMPELLING TRUSTEE TO ABANDON PROPERTY