FILED
May 12, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003488635

**2**

Holly S. Burgess (State Bar No. 104575)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn-Folsom Road, Suite 109
Auburn, CA  95603
(530) 889-8900-Telephone
(530) 392-4641-Direct Dial
(530) 820-1526-Facsimile
hollyburgess@lohsb.com

Attorneys for Plaintiff/Debtor
JAMES L. MACKLIN

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) |
| | ) **CHAPTER 7** |
| JAMES L. MACKLIN, | ) |
| | ) **CASE NO.  2010-44610** |
| Debtor, | ) |
| | ) **DCN:  HSB-002** |
| | ) |

| | |
|---|---|
| JAMES L. MACKLIN, | ) |
| | ) **ADV. NO. 11-02024-E** |
| Plaintiff, | ) |
| | ) **NOTICE OF PLAINTIFF/DEBTOR'S** |
| -vs.- | ) **MOTION FOR AN ORDER** |
| | ) **COMPELLING TRUSTEE TO ABANDON** |
| DEUTSCHE BANK NATIONAL TRUST CO., | ) **PROPERTY** |
| AS INDENTURE TRUSTEE FOR THE | ) |
| ACCREDITED MORTGAGE LOAN TRUST | ) |
| 2006-2 ASSET-BACKED NOTES; and all | ) **Date:  June 9, 2011** |
| persons claiming by, through, or under such | ) **Time:  1:30 p.m.** |
| person, all persons unknown, claiming any legal | ) **Place: 501 I Street, 6th Floor, Courtroom 33** |
| or equitable right, title, estate, lien, or interest in | ) **        Sacramento, California** |
| the property described in the complaint adverse | ) |
| to Debtor's title thereto; and | ) |
| CORRESPONDENT DOES 1-10, Inclusive, | ) |
| | ) |
| Defendant. | ) |

# NOTICE OF HEARING ON MOTION TO COMPEL CHAPTER 7 TRUSTEE TO

# ABANDON PROPERTY OF THE ESTATE

# TO THE HONORABLE RONALD H. SARGIS, CHAPTER 7 TRUSTEE, AND ALL

# OTHER INTERESTED PARTIES:

-1-

**PLEASE TAKE NOTICE** that on Plaintiff/Debtor, by and through his attorney of record, Holly S. Burgess, will move the court for an Order Compelling the Chapter 7 Trustee to Abandon Property of the Estate.

By this motion, Plaintiff/Debtor will, and hereby do, seek an order Compelling the Chapter 7 Trustee to Abandon Property of the Estate. Plaintiff/Debtor's motion is based upon this Notice of Hearing, the Motion, Declaration of Holly S. Burgess, and on such oral, and documentary evidence, authority and argument as may be presented at the hearing on this motion.

Pursuant to Local Rules, any opposition to the granting of the Motion shall be in writing supported by the written evidence, and shall be served and filed with the Clerk by the responding party not less than fourteen days preceding the noticed and continued dated of hearing. Copies of your opposition must be served on the following:

Holly S. Burgess                      Office of the U.S. Trustee
Law Offices of Holly S. Burgess       501 I Street, Suite 7-500
680 Auburn-Folsom Road, Suite 109     Sacramento, CA  95814
Auburn, CA  95603

Trustee
Thomas A. Aceituno
PO Box 189
Folsom, CA 95763

Without good cause, no party will be heard in opposition to the Motion at oral argument if written opposition to Motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion.

Dated: May 9, 2011                    Respectfully submitted,

                                      LAW OFFICES OF HOLLY S. BURGESS


                                      By: __/s/  Holly S. Burgess_____.
                                          HOLLY S. BURGESS
                                          Attorneys for Plaintiff/Debtor