Case 10-44610  Filed 05/12/11  Doc 105

FILED
May 12, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003488644

2
Holly S. Burgess (State Bar No. 104575)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn-Folsom Road, Suite 109
Auburn, CA  95603
(530) 889-8900-Telephone
(530) 392-4641-Direct Dial
(530) 820-1526-Facsimile
hollyburgess@lohsb.com

Attorneys for Plaintiff/Debtor
JAMES L. MACKLIN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>    JAMES L. MACKLIN,<br><br>                      Debtor, | CHAPTER 7<br><br>CASE NO.  2010-44610<br><br>DCN:  HSB-002 |
| JAMES L. MACKLIN,<br><br>                      Plaintiff,<br><br>-vs.-<br><br>DEUTSCHE BANK NATIONAL TRUST CO., AS INDENTURE TRUSTEE FOR THE ACCREDITED MORTGAGE LOAN TRUST 2006-2 ASSET-BACKED NOTES; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Debtor's title thereto; and CORRESPONDENT DOES 1-10, Inclusive,<br><br>                      Defendant. | ADV. NO. 11-02024-E<br><br><br><br>Date:   June 9, 2011<br>Time:  1:30 p.m.<br>Place:  501 I Street, 6th Floor, Courtroom 33<br>           Sacramento, California |

**DECLARATION OF HOLLY S. BURGESS IN SUPPORT OF MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON PROPERTY OF THE ESTATE**

I, Holly S. Burgess, declare as follows:

1.    I am the attorney of record for Debtor/Plaintiff, James L. Macklin in the above-entitled actions.

-1-

2.	The facts set forth herein are known to me personally, and if called upon to testify, I could and would competently testify thereto.

3.	I have had several telephone and email conversations with the office of Thomas Aceituno regarding abandonment of the subject property.

4.	On May 9, 2011, Mr. Aceituno stated that Plaintiff/Debtor should file the motion to compel the trustee to abandon the property of the estate and that he would file a non-opposition to this motion to compel the trustee to abandon property.

5.	In discussing the property value with Plaintiff/Debtor, I was advised by Mr. Macklin that the current value of the property is between $280,000 to $300,000.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 9, 2011, at Placer County, Auburn, California.


     /s/  Holly S. Burgess          .
     HOLLY S. BURGESS

-2-
**DECLARATION OF HOLLY S. BURGESS IN SUPPORT OF MOTION FOR AN ORDER COMPELLING TRUSTEE TO ABANDON PROPERTY**