

HUGHES LAW CORPORATION
Gregory J. Hughes  # 071288
Christopher D. Hughes  # 254864
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone (916) 774-7506
Facsimile (916) 791-1644
hp@hp-llp.com

Attorneys for Thomas A. Aceituno,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re | ) Case No.: 10-44610-E-7 |
|---|---|
| JAMES L. MACKLIN | ) DCN: HSB-002 |
| | ) TRUSTEE'S OPPOSITION TO DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON PROPERTY OF THE ESTATE |
| Debtor. | ) Date:  June 30, 2011<br>) Time:  10:30 am<br>) Dept.:  E (Courtroom 33) |

    Trustee Thomas Aceituno, through counsel, hereby submits the following opposition to the Debtor's motion to compel abandonment of property of the Estate.

    Trustee has recently retained counsel, and the employment application for said counsel is being submitted simultaneously with this opposition.  Trustee requests leave to file a late opposition due to the fact that he has not previously had counsel.

    The Trustee had initially consented to abandonment of the real property.  However, the Trustee has now reviewed the Court's ruling of May 19, 2011 on the Debtor's application for a preliminary injunction in Adv. Proc. 11-2024-E.  In its ruling, the Court determined that the

///

foreclosure of the Debtor's residence was questionable, for the reasons stated in its ruling, and entered a preliminary injunction.

Because of the Court's decision on the motion for preliminary injunction, the Trustee is of the view that the Debtor's claims against Deutsche Bank may have some value for the Estate. Part of that value may be based on ownership of the residence which is the subject of the Debtor's motion to compel abandonment. The Trustee wants to resolve the issues relating to that adversary proceeding (since the underlying claims are property of the Estate pursuant to 11 U.S.C. §541) short of a trial, and is of the view that ownership of the residence will assist in that process. In other words, even if the residence has no equity, the Trustee believes that he needs to retain the residence as an asset of the Estate in order to obtain the best possible result, in his negotiations with Deutsche Bank.

Accordingly, the Trustee respectfully requests that the present motion should either be denied without prejudice, or continued for at least 90 days.

Dated:  June 24, 2011               Hughes Law Corporation


                                    By ____/s/ Gregory J. Hughes_
                                    Gregory J. Hughes, Attorney for Trustee
                                    Thomas Aceituno

- 2