FILED
July 05, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D120

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | James L. Macklin | **Case No :** | 10-44610 - E - 7 |
| | | **Date :** | 6/30/11 |
| | | **Time :** | 10:30 |

**Matter :** [103] - Motion/Application to Compel Abandonment [HSB-2] Filed by Debtor James L. Macklin (Fee Paid $150) (npas)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** Diamond Reporters
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
  Debtor(s) Attorney - Holly S. Burgess
**Respondent(s) :**
  Trustee's Attorney - Gregory Hughes
  Creditor - Craig Crawford

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief From the Automatic Stay filed by the creditor having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the motion is denied without prejudice.

Dated: July 05, 2011

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court